UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDSON ARCHILA,

        Plaintiff,

v.                                    Case No.  6:09-CV-48-ORL-35GJK

J & D WELDING, INC.,

        Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's Notice of Dismissal with Prejudice (Dkt. 14) and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice**.  The **Clerk** is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida, this 10th day of June, 2009.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

-1-